# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

July 17, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 2 3 2015

CHRISTOPHER A PRINE

CLERK

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

Re:  Eugenia Woodard
v. Fortress Insurance Company, et al.
No. 15-5246
(Your No. 01-14-00792-CV)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 13, 2015 and placed on the docket July 17, 2015 as No. 15-5246.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst